DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICIO RICO** d/b/a **INFINITY CONSTRUCTION
& HANDYMAN SERVICES,**
Appellant,

v.

**AMNERIS CABA,**
Appellee.

No. 4D21-163

[May 20, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case Nos. COCE18004837 and CACE18026508.

Vanessa E. Diaz of Diaz Law, Coral Gables, for appellant.

Leticia Dieppa of Leticia Dieppa Law Firm, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***